# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MSP RECOVERY CLAIMS,**
**SERIES LLC,** *et al.*,

      **Plaintiffs,**

  v.

**NATIONWIDE MUTUAL INSURANCE**
**COMPANY,** *et al.*,

      **Defendants.**

Civil Action 2:21-cv-1901
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Defendants' Joint Motion for Leave to File Deposition Transcripts and Exhibits Under Seal (ECF No. 99). Therein, Defendants represent that the transcripts of the depositions of Christopher Miranda and Jennifer McCann (filed with redactions on August 11, 2023, ECF No. 100) and certain exhibits to their Reply in support of Defendants' Joint Motion for Summary Judgment (filed with the redacted exhibits in question on August 11, 2023, ECF No. 101) contain protected health information as defined by 45 § C.F.R. 160.103.

Based on these representations, the undersigned concludes that the exhibits in question contain sensitive and confidential information that should be shielded from public access. Accordingly, Defendants' motion (ECF No. 99) is **GRANTED**. Defendants shall file the transcripts of the depositions of Christopher Miranda and Jennifer McCann, as well as the relevant exhibits to the depositions, **UNDER SEAL** within **SEVEN DAYS** of the date of this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE