**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

MSP Recovery Claims, Series LLC, *et al.*,

      vs.                        Case No. 2:21-cv-1901

Nationwide Mutual Insurance Company, *et al.*,      **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[x] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 13, 2023 Opinion and Order:

granting Motion to take Judicial Notice; overruling as moot Objection to Magistrate Judge Order; granting 67, 74, and 76 Motions for Summary Judgment; granting in part and denying in part Motion for Leave to File.

Date: **October 13, 2023**         **Richard Nagel, Clerk**

                                                          s/ Jennifer Kacsor

                                                          By Jennifer Kacsor/Courtroom Deputy