UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MSP Recovery Claims, Series LLC, *et al.*,

        Plaintiffs,

    v.

Nationwide Mutual Insurance Company, *et al.*,

        Defendants.

Case No. 2:21-cv-1901

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Plaintiffs move for an order deferring taxation of Defendants' bill of costs pending appeal. ECF No. 119. Defendants do not oppose. ECF No. 120. Plaintiffs' motion is **GRANTED**; taxation of Defendants' bill of costs is **DEFERRED** pending resolution of the appeal.

The Clerk shall terminate ECF No. 119.

IT IS SO ORDERED.

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**